**2006–2061. State v. Love.**
Lucas App. No. L–05–1087, 2006-Ohio-2925. Reported at 112 Ohio St.3d 1417, 2006-Ohio-6712, 859 N.E.2d 557. On motion for reconsideration. Motion denied.

CUPP, J., not participating.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *March 1, 2007*

[Cite as *03/01/2007 Case Announcements*, 2007-Ohio-816.]

### MOTION AND PROCEDURAL RULINGS

**2006–1263. Manley v. Marsico.**
Clinton App. No. CA2006–04–013. This cause is pending before the court as an appeal from the Court of Appeals for Clinton County. On February 20, 2007, Eye Specialists, Inc. filed a reply brief pursuant to S.Ct.Prac.R. VI(4)(A). Whereas Eye Specialists, Inc. did not perfect an appeal to this court pursuant to S.Ct.Prac.R. II(2)(A)(1)(a) and is therefore not considered an appellant,

It is ordered by the court, sua sponte, that the reply brief of Eye Specialists, Inc. is stricken.

**2006–1568. State v. Craig.**
Cuyahoga App. No. 88313. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is granted and that the Clerk of the Cuyahoga County Court of Common Pleas shall certify and transmit the partial transcript of proceedings in Case No. 470055 commencing on Monday, June 12, 2006 to the Clerk of this court within twenty days of the date of this entry.

### DISCIPLINARY CASES

**2005–1008. In re Curry.**
On July 11, 2005, this court suspended respondent, Charles Eric Curry, Attorney Registration No. 0062864, last known business address in Youngstown, Ohio, for an interim period pursuant to Gov.Bar R. V(5)(A)(4). On February 21, 2007, the Board of Commissioners on Grievances and Discipline submitted a notice pursuant to Gov.Bar R. V(5)(D)(1)(c) notifying this court that respondent no longer was in default of the child support order previously submitted to the court. Upon consideration thereof,

It is ordered by the court that pursuant to Gov.Bar R. V(5)(D)(1), respondent be reinstated in this matter.

It is further ordered that pursuant to Gov.Bar R. V(5)(D)(2), this reinstatement shall not terminate respondent's current suspensions in 2004–1632, *In re Curry*, and 2006–1178, *Disciplinary Counsel v. Curry*, or in any pending disciplinary proceedings against respondent.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.